# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAKEBIA QUJUAN DANIELS,
ADC #754266                                                                                           PLAINTIFF

V.                              5:14CV00440 SWW/JTR

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 19th day of March, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE